Roger Lee ARBOGAST, Plaintiff—Appellant,

v.

James A. CHEEKS, Defendant—Appellee.

No. 03–7425.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 6, 2004.

Roger Lee Arbogast, Appellant pro se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Roger Lee Arbogast appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Arbogast v. Cheeks,* No. CA–03–2221–9–24 (D.S.C. Aug. 28, 2003). We dispense with oral argument because the

---

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

James Harrison Singletary appeals the district court's order denying his motion to dismiss his indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Singletary,* No. CR–98–240 (D.S.C. filed Aug. 21, 2003 & entered Aug. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*